IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. S2-4:09-cr-00509 JCH (TCM) |
| | ) |
| RANDALL K. SUTTON, et al. | ) |
| | ) |
| Defendants. | ) |

**GOVERNMENT'S NOTICE OF DISCLOSURE OF EXPERT TESTIMONY**

COMES NOW the United States of America, by and through Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and Steven A. Muchnick, Charles S. Birmingham, and Richard E. Finneran, Assistant United States Attorneys for said District, and gives notice, pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G) and this Court's order dated March 27, 2013 (Doc. #412), that on this date it has provided all defendants, by letter sent to their counsel via email and Federal Express, with written summaries of its anticipated expert testimony in the above-captioned case.

Dated: April 30, 2013
                                                Respectfully submitted,

                                                RICHARD G. CALLAHAN
                                                United States Attorney

                                                */s/ Richard E. Finneran*
                                                STEVEN A. MUCHNICK, #27597MO
                                                CHARLES S. BIRMINGHAM, #47134MO
                                                RICHARD E. FINNERAN, #60768MO
                                                Assistant United States Attorneys
                                                111 South 10th Street, Room 20.333
                                                St. Louis, Missouri 63102
                                                (314) 539-2200

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 30, 2013, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record.

                                            */s/ Richard E. Finneran*
                                            RICHARD E. FINNERAN, #60768MO